FILED
2005 Apr-14 AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR G. ROGERS. JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CV 05-B-0055-S |
| | ) |
| **WARDEN TERRANCE McDONNELL;** | ) |
| **ATTORNEY GENERAL OF THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

On March 31, 2005, the magistrate judge filed his Report and Recommendation, (doc. 4), which recommended that petitioner's petition for writ of mandamus be dismissed without prejudice to allow petitioner to seek approval of the Eleventh Circuit Court of Appeals to file a successive petition. Neither party filed written objections to the Report and Recommendation.

The court has carefully reviewed and considered all the materials in the court's file, including the Report and Recommendation. Based on the court's review, the magistrate judge's Recommendation is **ADOPTED**. Petitioner's Petition for Writ of Mandamus is **DISMISSED WITHOUT PREJUDICE**. Petitioner must obtain the authorization of the Eleventh Circuit Court of Appeal before filing another Petition for Writ of Mandamus in this court.

DONE this the 14th day of April, 2005.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE